GARY M. RESTAINO
United States Attorney
District of Arizona
ASHLEY ENDERLE
Assistant U.S. Attorney
State Bar No. 030798
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: ashley.enderle@usdoj.gov
Attorneys for Plaintiff

FILED
2023 JUN 14 AM 3:35
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR23-00853 TUC-RM(BGM)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

   Plaintiff,

   v.

Patrick Gary Schlegel,
   (Counts 1-5)

   Defendant.

**INDICTMENT**

VIOLATIONS:
8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(i)
(Conspiracy to Transport Illegal Aliens for Profit)
**Count 1**

8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(i)
(Transportation of Illegal Aliens for Profit)
**Counts 2-4**

18 U.S.C. §§ 922(g)(1) and 924(a)(8)
(Felon in Possession of a Firearm)
**Count 5**

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)
**Forfeiture Allegation**

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

From a date unknown to on or about May 20, 2023, in the District of Arizona, Patrick Gary Schlegel, did knowingly and intentionally combine, conspire, confederate, and agree with various other persons known and unknown to the grand jury, to transport and move illegal aliens within the United States by means of transportation or otherwise,

in furtherance of such violation of law, and did so for the purpose of commercial advantage or private financial gain, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COUNT 2**

On or about May 20, 2023, in the District of Arizona, Patrick Gary Schlegel, knowing and in reckless disregard of the fact that an alien, Adela Martinez-Lopez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COUNT 3**

On or about May 20, 2023, in the District of Arizona, Patrick Gary Schlegel, knowing and in reckless disregard of the fact that an alien, Ana Laura Rios-Suarez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COUNT 4**

On or about May 20, 2023, in the District of Arizona, Patrick Gary Schlegel, knowing and in reckless disregard of the fact that an alien, Nicandro Vladimir Estrada-Pimentel, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

## COUNT 5

On or about May 20, 2023, in the District of Arizona, Patrick Gary Schlegel, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition, in and affecting interstate or foreign commerce, to wit: (1) Colt Government Model 1911, .45 caliber pistol bearing serial number 73B5804 with accompanying Colt magazine, one (1) Glock, model 23, .40 caliber pistol bearing serial number KXL119 with accompanying Glock magazine, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

Upon conviction of Count Five of the Indictment, the defendant, Patrick Gary Schlegel, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: one (1) Colt Government Model 1911, .45 caliber pistol bearing serial number 73B5804 with accompanying Colt magazine, one (1) Glock, model 23, .40 caliber pistol bearing serial number KXL119 with accompanying Glock magazine, and 158 rounds of .45 caliber ammunition.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

///

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
_____
FOREPERSON OF THE GRAND JURY
Dated: June 14, 2023

REDACTED FOR
PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
_____
ASHLEY ENDERLE
Assistant U.S. Attorney